UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANUEL TORRES,

JUDGMENT
02-CV-5131 (FB)

                 Plaintiff,

-against-

CHARLES J. HYNES, Kings County District Attorney; PATROLMAN'S BENEVOLENT ASSOCIATION; DET. L. MOYA, Shield #2119; SGT. MANDELLS, Shield #2911; P.O. MOHR, Shield #14904,

                 Defendants.
-------------------------------------------------------------X

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on July 20, 2006, and directing the Clerk of Court to enter judgment dismissing the action with prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the action with prejudice.

Dated: Brooklyn, New York
       July 24, 2006

                                                                ROBERT C. HEINEMANN
                                                                Clerk of Court